CHRISTOPHER J. BOWES, ESQ.<br>
54 Cobblestone Drive<br>
Shoreham, NY 11786<br>
Tel. (212) 979-7575<br>
Fax (631) 929-1700<br>
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 05/22/2025

May 21, 2025

<u>Via ECF</u>
Hon. Andrew L. Carter, Jr.
District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007       Re:   <u>Layco v. SSA</u>
                                     24 Civ. 8880 (ALC)

Dear Judge Carter:

  As the attorney for the plaintiff in the above captioned action, I write to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings. Plaintiff's papers are due to be filed Friday, May 23, 2025.

  I seek additional time to file plaintiff's Motion for Judgment on the Pleadings owing to multiple matters due at the same time coupled with several administrative hearings over the past month that consumed more time than previously anticipated. With the kind consent of opposing counsel, AUSA Candace Casey Brown, I respectfully request that the Court extend and approve the following revised briefing schedule:

June 13, 2025  Plaintiff's Motion for Judgment on the Pleadings
August 12, 2025  Defendant's Opposition/Cross-Motion for Judgment on the Pleadings
September 2, 2025  Plaintiff's Reply

  Thank you for Your Honor's consideration of this request.

Respectfully submitted,<br><br>
<i>Christopher J. Bowes, Esq.</i><br>
Christopher J. Bowes, Esq.

Cc: Candace Casey Brown, Esq.

SO ORDERED:
<i>[signature]</i>
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
May 22, 2025
New York, NY