UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  JUMELHOPE LAYCO,

                          Plaintiff,                24 **CIVIL** 8880 (ALC)

      -v-                                          **JUDGMENT**

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION
                          Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 13, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, Plaintiff will be offered the opportunity for a hearing. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

       August 13, 2025

                                                          **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**