

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/17/25
```

CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 929-1700
    CJB-8865
Attorney for Plaintiff


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JUMELHOPE LAYCO,                      :   NOTICE OF
                                          FOR ATTORNEYS FEES
                Plaintiff,            :   PURSUANT TO
                                          28 U.S.C. § 2412
                                      :
        -against-                         24-civ-08880-ALC
                                      :

                    ,                 :
COMMISSIONER OF SOCIAL SECURITY,
                                      :
                Defendant.
-------------------------------------X

   PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated November 13, 2025 plaintiff will move this Court before Honorable Andrew L. Carter, United States District Court Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007 on submission, for an order, on submission, for an order:

   (1) Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

   (2) Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

(3) for such other and further relief as this Court may deem just and proper.

Dated:   Shoreham, New York
         November 13, 2025

                                    Respectfully submitted,

                                    /s/Christopher James Bowes
                                    CHRISTOPHER JAMES BOWES, ESQ.
                                    54 Cobblestone Drive
                                    Shoreham, New York 11786
                                    Tel.: (212) 979-7575
                                    Fax:  (631) 979-1700
                                    CJB-8865
                                    Attorney for Plaintiff


To:  Candace Brown Casey, Esq.
     Special Assistant United States Attorney
     Social Security Administration
     6401 Security Boulevard
     Baltimore NY 20235
     Attorneys for Defendant

   Plaintiff is granted leave to defer filing of the memorandum of
   law for 60 days to allow the parties to reach settlement of the
   fee issue.

   SO ORDERED:
   /s/ Andrew L. Carter, Jr.
   HON. ANDREW L. CARTER, JR.
   UNITED STATES DISTRICT JUDGE

   November 17, 2025
   New York, NY